UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X

JUAN ZAPATA,                                                    Case No.: 17-cv-2664

                        Plaintiff,                         **NOTICE OF**
                                                                           **ACCEPTANCE OF**
                v.                                          **OFFER OF JUDGMENT**

KINGS COUNTY AUTO SHOP CORP.
and SHLOMA KELLMAN,

                        Defendants.
-------------------------------------------------------------------------X

       Pursuant to Rule 68(a) of the Federal Rules of Civil Procedure, Plaintiff, JUAN ZAPATA, hereby accepts and provides notice that he has accepted Defendants' Offer of Judgment to Plaintiff dated November 30, 2017 and annexed hereto as Exhibit A.

Dated: New York, New York
           December 5, 2017

                                      Respectfully submitted,

                      By: _____
                               C.K. Lee, Esq.
                               Lee Litigation Group, PLLC
                               30 East 39th Street, Second Floor
                               New York, New York 10016
                               Tel.: (212) 465-1188
                               Fax: (212) 465-1181
                               *Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

JUAN ZAPATA,

                Plaintiff,

v.

KINGS COUNTY AUTO SHOP CORP.
and SHLOMA KELLMAN,

                Defendants.

Case No.: 17-CV-2664

**OFFER OF JUDGMENT**

---

Pursuant to Federal Rule of Civil Procedure ("FRCP") 68, Defendants KINGS COUNTY AUTO SHOP CORP. and SHLOMA KELLMAN (collectively, "Defendants"), by their attorneys, Goldberg & Weinberger LLP, hereby offer to allow entry of judgment in this action as follows:

1. Judgment shall be entered in favor of Plaintiff JUAN ZAPATA ("Plaintiff") in the amount of $30,000.00, inclusive of all damages, liquidated damages, interest, reasonable attorneys' fees, costs and expenses actually incurred, to which Plaintiff is entitled by law.

2. This offer is made on an all or nothing basis. It must be accepted in its entirety or it is deemed rejected.

3. Plaintiff's acceptance of this offer is in full satisfaction and settlement of all claims that are, could have been or could be asserted by them against Defendants in this action.

4. This offer shall be deemed rejected unless Plaintiff serves a written acceptance of this offer within fourteen (14) days of service upon them.

5.      This offer is made for purposes of FRCP 68 only, and neither it nor any judgment resulting from this offer may be construed as an admission (a) of liability on the part of Defendants; or (b) that Plaintiff has suffered any damage.

Dated: 11/30, 2017

                                    Respectfully submitted,

                                    GOLDBERG & WEINBERGER LLP
                                              56 Dayton Road
                                    Redding, CT 06896
                                    Tel: 203-938-2105
                                    By: _____
                                    Lewis Goldberg, Esq.