```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
```

| | |
|---|---|
| JUAN ZAPATA, | JUDGMENT |
|                Plaintiff, | 17-CV-2664 (BMC) |
|    v. | |
| KINGS COUNTY AUTO SHOP CORP.<br>And SHLOMA KELLMAN, | |
|               Defendants. | |

```
----------------------------------------------------------------X
```

A notice of acceptance of a Rule 68 Offer of Judgment having been filed on December 5, 2017; and an Order of the Honorable Brian M. Cogan, United States District Judge, having been filed on December 5, 2017 directing the Clerk of Court to enter judgment under Federal Rule of Civil Procedure 68, it is

ORDERED and ADJUDGED that Judgment is entered in favor of Plaintiff and against Defendants in the amount of $30,000 inclusive of all damages, liquidated damages, interest, reasonable attorneys' fees, costs and expenses actually incurred as set forth in the Offer of Judgment.

Dated: Brooklyn, New York                                Douglas C. Palmer
       December 5, 2017                                 Clerk of Court

                                                      By:   */s/Jalitza Poveda*_____
                                                              Deputy Clerk